```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
 -------------------------------X
 KINGVISION PAY-PER-VIEW LTD.

         Plaintiff,                      ORDER

      -against-                          Civil Action No.
                                         CV-05-2934(DGT)
 LIDOINE CAZARES and PUEBLA
 SEAFOOD CORP.

         Defendant.

 -------------------------------X
```

Trager, J:

On January 17, 2006 the Court issued an order in the above captioned case granting default judgment as to all defendants. The matter was then referred to Magistrate Judge Robert Levy for report and recommendation as to damages, attorney's fees and costs. On July 6, 2006 Judge Levy issued his report and recommendation. No objection to this report and recommendation has been filed with the Court. Therefore, the Court adopts in full the findings contained in the report and recommendation. The Clerk of the Court is directed to enter judgment accordingly and close the case.

Dated: Brooklyn, New York
       July 25, 2006

                                    SO ORDERED:


                                    _____/s/_____
                                    David G. Trager
                                    United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
KINGVISION PAY-PER-VIEW LTD.

    Plaintiff,               ORDER

  -against-              Civil Action No.
                            CV-05-2934(DGT)
LIDOINE CAZARES and PUEBLA
SEAFOOD CORP.

    Defendant.

--------------------------------X

Trager, J:

    On January 17, 2006 the Court issued an order in the above captioned case granting default judgment as to all defendants. The matter was then referred to Magistrate Judge Robert Levy for report and recommendation as to damages, attorney's fees and costs. On July 6, 2006 Judge Levy issued his report and recommendation. No objection to this report and recommendation has been filed with the Court. Therefore, the Court adopts in full the findings contained in the report and recommendation. The Clerk of the Court is directed to enter judgment accordingly and close the case.

Dated: Brooklyn, New York
       July 25, 2006

                                            SO ORDERED:

                                            _____/s/_____
                                            David G. Trager
                                            United States District Judge