UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KINGVISION PAY-PER-VIEW LTD.,
as Broadcast Licensee of the November 13, 2004
RUIZ/GOLOTA Program,

-against-

LIDOINE CAZARES, Individually and as officer,
director, shareholder and/or principal of PUEBLA
SEAFOOD CORPORATION d/b/a PUEBLA
GROCERY DELI a/k/a PUEBLA GROCERY &
DELI, and PUEBLA SEAFOOD CORPORATION
d/b/a PUEBLA GROCERY DELI a/k/a PUEBLA
GROCERY & DELI,

     Defendants.
------------------------------------------------------------X

JUDGMENT
05-CV- 2934 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUL 28 2006 ★

BROOKLYN OFFICE

  An Order of Honorable David G. Trager, United States District Judge, having been filed on July 25, 2006, adopting the Report and Recommendation of Magistrate Judge Robert M. Levy, dated July 6, 2006; granting plaintiff's request for a default judgment as to defendants Lidoine Cazares and Puebla Seafood Corporation; and directing the Clerk of enter judgment awarding plaintiff $4,000.00 in damages and $2,056.25 in attorney's fees and costs; it is

JUDGMENT
05-CV- 2934 (DGT)

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Robert M. Levy is adopted; that plaintiff's request for a default judgment as to defendants Lidoine Cazarez and Puebla Seafood Corporation is granted; and that judgment is hereby entered in favor of plaintiff, Kingvision Pay-Per-View Ltd., and against defendants, Lidoine Cazares, Individually and as officer, director, shareholder and/or principal of Puebla Seafood Corporation d/b/a Puebla Grocery Deli a/k/a Puebla Grocery & Deli, and Puebla Seafood Corporation d/b/a Puebla Grocery Deli a/k/a Puebla Grocery & Deli, awarding plaintiff $4,000.00 in damages and $2,056.25 in attorney's fees and costs.

Dated: Brooklyn, New York
July 26, 2006

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court